# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 7259 |
|---|---|

TRUSTEES OF THE N.E.C.A - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS v. KEVIN ELECTRIC COMPANY, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KEVIN ELECTRIC CO., INC.

| | |
|---|---|
| NAME (Type or print) <br> Joseph P. Berglund | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Joseph P. Berglund | |
| FIRM <br> Berglund & Mastny, P.C. | |
| STREET ADDRESS <br> 900 Jorie Blvd., Suite 122 | |
| CITY/STATE/ZIP <br> Suite 122, Oak Brook, IL 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06202851 | TELEPHONE NUMBER <br> 630/990-0234 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐