**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A - IBEW LOCAL | ) | |
| 176 HEALTH, WELFARE, PENSION, VACATION, | ) | |
| AND TRAINING TRUST FUNDS, | ) | |
| | ) | Case No. 07 CV 7259 |
| Plaintiff, | ) | |
| -vs- | ) | Judge Der Yeghiayan |
| | ) | Magistrate Judge Brown |
| KEVIN ELECTRIC COMPANY, INC. | ) | |
| an Illinois Corporation and | ) | |
| PAUL CALIBAN, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:     John F. Etzkorn
        Arnold and Kadjan
        19 W. Jackson Blvd., Ste. 300
        Chicago, Illinois 60604

        PLEASE TAKE NOTICE that on the 17th day of January 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Answer to Plaintiffs' Complaint by Kevin Electric Co., Inc., a copy of which is attached and hereby served upon you.

                                         __/s/ Joseph P. Berglund

Joseph P. Berglund
Berglund & Mastny, P.C.
900 Jorie Boulevard, Ste. 122
Oak Brook, Illinois 60523
(630) 990-0234

## <u>CERTIFICATE OF SERVICE</u>

      I, the undersigned, declare under penalty of perjury under the laws of the United States of America that I served copies of this Notice of Filing and Answer to Plaintiffs' Complaint upon:

> John F. Etzkorn
> Arnold and Kadjan
> 19 W. Jackson Boulevard, Ste. 300
> Chicago, Illinois

via ECF as to Filing Users from 900 Jorie Boulevard, Oak Brook, Illinois on the 17th day of January, 2008.

<u>/s/ Joseph P. Berglund</u>