U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: 07 C 7259

TRUSTEES OF THE N.E.C.A - IBEW LOCAL
176 HEALTH, WELFARE, PENSION, VACATION,
AND TRAINING TRUST FUNDS v. KEVIN ELECTRIC
COMPANY, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KEVIN ELECTRIC COMPANY, INC.

| |
|---|
| NAME (Type or print) <br> Kenneth M. Mastny |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kenneth M. Mastny |
| FIRM <br> Berglund & Mastny, P.C. |
| STREET ADDRESS <br> 900 Jorie Blvd., Suite 122 |
| CITY/STATE/ZIP <br> Suite 122, Oak Brook, IL 60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286810 | TELEPHONE NUMBER <br> 630/990-0234 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |
|---|