AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE N.E.C.A. – IBEW
LOCAL 176 HEALTH, WELFARE PENSION,
VACATION, AND TRAINING TRUST FUND,

V.

KEVIN ELECTRIC COMPANY, INC., an
Illinois Corporation, and PAUL CALIBAN,
Individually,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07CV7259**
**JUDGE DER YEGHIAYAN**
**MAG. JUDGE BROWN**

TO: (Name and address of Defendant)

Paul Caliban, individually
6140 W. 167th ~~Place~~ Street
Tinley Park, IL 60477

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____

DEC 27 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)] — DATE: 1/4/08 @ 10:10 am

NAME OF SERVER (PRINT): Brian Riebel   TITLE: Process Server

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Served Paul Caliban at business address 6140 W. 167th Street Tinley Park IL (w/m, 50, goatee)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/4/08
                 Date            Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.