## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7259 | **DATE** | 2/28/2008 |
| **CASE TITLE** | Trustees of The N.E.C.A. IBEW Local 176 Health, Welfare, Pension, Vacation, and Training Trust Funds vs. Kevin Electric Company, Inc, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 06/04/08 at 9:00 a.m. Counsel appeared and reported to the Court that an audit has been completed. Counsel further reported that defendant Paul Caliban is deceased. Plaintiff's oral motion to dismiss defendant Paul Caliban pursuant to FRCP 41 is granted. Defendant Paul Caliban is hereby dismissed as a named defendant. Plaintiff's expert disclosure and reports shall be served by 05/02/08. Defendant's expert disclosure and reports shall be served by 05/16/08. All discovery shall be noticed in time to be completed by 05/30/08. Dispositive motions are to be filed by 06/27/08. Responses to the dispositive motions, if any, are to be filed by 07/18/08 and replies, if any, are to be filed by 07/25/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|