## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7259 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Trustees of The N.E.C.A. IBEW Local 176 Health, Welfare, Pension, Vacation, and Training Trust Funds vs. Kevin Electric Company, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties' settlement, the instant action is hereby dismissed, with prejudice, pursuant to settlement. Each party to bear its own costs and fees. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|