IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE N.E.C.A - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, <br><br>　　　　　Plaintiff.<br>　　v.<br><br>KEVIN ELECTRIC COMPANY, INC., an Illinois Corporation and PAUL CALIBAN, Individually,<br><br>　　　　　Defendants. | Case No. 07 CV 7259<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Brown |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause coming before the Court pursuant to the parties' agreement to dismiss this action with prejudice, the Court finds that this cause of action has been fully compromised and settled, the parties have stipulated and agreed to the dismissal of the Complaint with prejudice, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that the Plaintiff's Complaint against Defendant(s) for any and all claims arising out of any obligation to pay fringe benefit contributions through December 31, 2007, shall be and the same is hereby dismissed with prejudice. Each party shall bear their own attorneys fees and costs.

BY: _____
　　　SAMUEL DER-YEGHIAYAN
　　　UNITED STATES DISTRICT COURT JUDGE

DATED: **05/07/08**

AGREED TO:

| | |
|---|---|
| TRUSTEES OF THE N.E.C.A.-IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS, Plaintiff | KEVIN ELECTRIC COMPANY, INC. an Illinois Corporation, Defendant |
| By: s/ John F. Etzkorn<br>One of Their Attorneys | By: s/ Joseph P. Berglund<br>One of Its Attorneys |
| Dated: May 2, 2008 | Dated: April 1, 2008 |